■ In the Matter of Victor Aponte, Petitioner, v Brian S. Fischer, as Commissioner of Corrections and Community Supervision, Respondent. [982 NYS2d 808]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review two determinations of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Determinations confirmed. No opinion.

Lahtinen, J.P., McCarthy, Rose and Egan Jr., JJ., concur. Adjudged that the determinations are confirmed, without costs, and petition dismissed.